# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00553-CV

---

### In re Courtney Hohl

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Petitioner Courtney Hohl has filed an unopposed motion to dismiss her original proceeding seeking a writ of prohibition from this Court. We grant the motion and dismiss the cause.

_____

Edward Smith, Justice

Before Justices Goodwin, Triana, and Smith

Filed: December 11, 2020